ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: carin.duryee@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> RANDALL ALEXANDER BISCHAK, <br><br> Defendant. | CR 16-1004-TUC-DCB <br><br> GOVERNMENT'S SENTENCING MEMORANDUM |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following in regards to the above-captioned defendant's sentencing set for November 7, 2017:

1. The government has no objections to the draft presentence report ("PSR") dated September 28, 2017, and agrees with the guideline calculations set forth therein.

2. For reasons to be discussed at the hearing in this matter, the government requests that this court sentence the defendant consistent with the terms of his plea agreement, to a term of 240 months incarceration, to be followed by a term of supervised release for life.

Respectfully submitted this 31st day of October, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/Carin C. Duryee*

CARIN C. DURYEE
Assistant U.S. Attorney

| | |
|---|---|
| 1 | Copy of the foregoing served electronically or by |
| 2 | other means this 31st day of October, 2017, to: |
| 3 | |
| 4 | All ECF Participants |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |